**GREENBERG TRAURIG, LLP**
**ATTORNEYS AT LAW**
**SUITE 700**
**2375 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**(602) 445-8000**

Nicole M. Goodwin, SBN 024593, goodwinn@gtlaw.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>    Plaintiff,<br><br>v.<br><br>Dickey's Barbecue Restaurants, Inc.,<br><br>    Defendant. | Case No. 2:16-cv-00387-PHX-SPL<br><br>**NOTICE OF SETTLEMENT** |

Defendant Dickey's Barbecue Restaurants, Inc., by and through undersigned counsel, hereby gives notice that the parties have reached a settlement of all claims in this matter.

DATED this 5th day of September, 2018.

                                   GREENBERG TRAURIG, LLP

                                   By: */s/ Nicole M. Goodwin*
                                        Nicole M. Goodwin

CHI 69540559v1

**CERTIFICATE OF SERVICE**

☒  I hereby certify that on September 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmitted a copy by U.S. Mail and E-Mail to the following:

Charles A. Gulden
11802 E. 28th Place
Yuma, Arizona 85367
chasinyuma@hotmail.com
*Pro Se Plaintiff*

/s/ Tammy Mowen

CHI 69540559v1