IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>        Plaintiff,<br><br>vs.<br><br>Dickey's Barbeque Restaurants Incorporated,<br><br>        Defendant. | No.  CV-16-00387-PHX-SPL<br><br>**ORDER** |

The Court has been advised that the parties have reached a settlement in this case (Doc. 57).  Accordingly,

**IT IS ORDERED** that this case will be *dismissed with prejudice* by the Clerk of Court without further notice on **October 5, 2018** unless a stipulation to dismiss or request for reinstatement on the Court's trial calendar is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that all pending hearings and their corresponding deadlines (*see* Doc. 55) are **vacated**.

Dated this 5th day of September, 2018.

Honorable Steven P. Logan
United States District Judge